IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ROBERT MCGEE, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 5:23-cv-18 |
| v. | |
| HOMELAND, GEORGIA POLICE DEPARTMENT, BRADLEY TODD, and BRANDON TODD, | |
| Defendants. | |

**O R D E R**

The Court previously stayed the proceedings in this case pending resolution of Plaintiff's criminal proceedings. Doc. 17. At that time, the Court ordered the parties to file a joint report on or before October 10, 2023, describing the status of Plaintiff's criminal proceedings. Defendants filed a status report, informing the Court Plaintiff's criminal proceedings remain pending in the State Court of Charlton County. Doc. 18. Thus, the Court **ORDERS** the stay imposed in its July 12, 2023 Order remain in place pending resolution of Plaintiff's criminal proceedings. The parties are to provide the Court with an update on or before **January 8, 2024**, regarding the status of Plaintiff's criminal proceedings.

**SO ORDERED**, this 24th day of October, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA