IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ROBERT MCGEE, JR., <br><br> Plaintiff, <br><br> v. <br><br> HOMELAND, GEORGIA POLICE DEPARTMENT, BRADLEY TODD, and BRANDON TODD, <br><br> Defendants. | CIVIL ACTION NO.: 5:23-cv-18 |

**O R D E R**

The Court previously stayed the proceedings in this case pending resolution of Plaintiff's criminal proceedings. Doc. 17. The Court directed the parties to update the Court within 90 days of the July 12, 2023 Order, which they did. Doc. 18. The Court continued the stay based on the representations in that status report. Doc. 19. Defendants have notified the Court Plaintiff's criminal proceedings still remain pending in Charlton County. Doc. 20. Thus, the Court **ORDERS** the stay imposed in its July 12, 2023 Order remain in place pending resolution of Plaintiff's criminal proceedings. The parties are to provide the Court with an update on or before **April 9, 2024**, regarding the status of Plaintiff's criminal proceedings.

**SO ORDERED**, this 11th day of January, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA